2013V02374/ms
PAUL J. FISHMAN
United States Attorney
By: EVAN S. WEITZ
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2740

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Claire C. Cecchi, U.S.D.J. |
| Plaintiff, | Civil Action No. 13-5288 (CCC) |
| v. | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| $230,433.04 IN UNITED STATES CURRENCY, INCLUDING BUT NOT LIMITED TO: | |
| $4,370.76 PREVIOUSLY CONTAINED IN BANK OF AMERICA ACCOUNT NUMBER 488024763851 HELD IN THE NAME OF TCASH ADS INC., | |
| $157,509.13 PREVIOUSLY CONTAINED IN BANNER BANK ACCOUNT NUMBER 3903372115 HELD IN THE NAME OF TRUSTCASH HOLDINGS INC., | |
| AND | |
| $68,553.15 PREVIOUSLY CONTAINED IN BANNER BANK ACCOUNT NUMBER 3903552513 HELD IN THE NAME OF TCASH ADS INC. | |
| Defendant *in rem*. | |

**WHEREAS**, on September 4, 2013, a Verified Complaint for Forfeiture In Rem was filed in the United States District Court for the District of New Jersey

against $230,433.04 in United States currency, including but not limited to: $4,370.76 previously contained in Bank of America account number 488024763851 held in the name of TCash Ads Inc., $157,509.13 previously contained in Banner Bank account number 3903372115 held in the name of Trustcash Holdings Inc., and $68,553.15 previously contained in Banner Bank account number 3903552513 held in the name of TCash Ads Inc., (the "Defendant Currency") to enforce the provisions of 18 U.S.C. § 981(a)(1)(A), which subjects to forfeiture to the United States any property involved in, or traceable to, a violation of 18 U.S.C. § 1960; and

**WHEREAS** pursuant to the Warrant for Arrest In Rem issued by the Clerk of the Court on September 5, 2013, the United States seized the Defendant Currency; and

**WHEREAS** on or about September 11, 2013, copies of the Verified Complaint for Forfeiture In Rem, Warrant for Arrest In Rem, and a Notice of Forfeiture were sent certified mail, return receipt requested to Douglas Jensen, Esq., Park and Jensen LLP, 630 Third Avenue, 7th Floor, New York, New York 10017, and Kent Carasquero, Claudio Lai, and Trustcash Holdings Inc., 3399 Peachtree Road, Suite 400, Atlanta, GA 30326.  (See Declaration of Evan S. Weitz with Exhibits, hereinafter "Weitz Decl." at Exhibit A, filed herein); and

**WHEREAS** on or about September 15, 2013, copies of the Verified Complaint for Forfeiture In Rem, Warrant for Arrest In Rem, and Notice of

Forfeiture were received by Douglas Jensen, Esq., Park and Jensen LLP, 630 Third Avenue, 7th Floor, New York, New York 10017. (*Id.*); and

**WHEREAS** on or about September 16, 2013, copies of the Verified Complaint for Forfeiture, Warrant for Arrest In Rem, and Notice of Forfeiture were received by Kent Carasquero, Claudio Lai, and Trustcash Holdings Inc., 3399 Peachtree Road, Suite 400, Atlanta, GA 30326. (*Id.*); and

**WHEREAS**, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, Notice of Civil Forfeiture was posted on an official internet government forfeiture website, namely www.forfeiture.gov for at least 30 consecutive days, beginning on September 13, 2013, notifying all third parties of their right to file a claim with the Court within 60 days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property (See Weitz Decl., at Exhibit B, filed herein); and

**WHEREAS**, no Claim has been filed within the time required by Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and 18 U.S.C. § 983(a)(4)(A) for the Defendant Currency; and

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That a Default Judgment and a Final Order of Forfeiture is granted against the Defendant Currency, namely $230,433.04 in United States currency, including but not limited to: $4,370.76 previously contained in Bank of America

account number 488024763851 held in the name of TCash Ads Inc., $157,509.13 previously contained in Banner Bank account number 3903372115 held in the name of Trustcash Holdings Inc., and $68,553.15 previously contained in Banner Bank account number 3903552513 held in the name of TCash Ads Inc., and no right, title or interest in the Defendant Currency shall exist in any other party; and

    2.    That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Department of Homeland Security, Secret Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Department of Homeland Security, Secret Service into the Department of the Treasury Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

ORDERED this 6 day of June, 2014

_____
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE